Argued June 20, reversed and remanded for resentencing June 27, 1978

STATE OF OREGON, *Respondent,*
*v.*
RUSSELL GLEN CAPFER, *Appellant.*
(No. 77-3397, CA 10033, No. 77-5022, CA 10031)
(Consolidated cases)
579 P2d 1313

James E. Mountain, Jr., Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Fisher,* 32 Or App 465, 574 P2d 354 (1978); *see also State v. Wilson,* 17 Or App 375, 521 P2d 1317, *rev den* (1974), *cert den* 420 US 910 (1975).